HUGHES TOOL CO. ET AL. v. TRANS WORLD
AIRLINES, INC.

No. 443.   Argued March 3, 1965.—Decided March 8, 1965.

*Chester C. Davis* argued the cause for petitioners.
With him on the briefs were *Paul A. Porter, Victor H.
Kramer, Abe Krash, Dennis G. Lyons, Werner J. Kron-
stein* and *Daniel A. Rezneck.*

*John F. Sonnett* argued the cause for respondent.
With him on the briefs were *Dudley B. Tenney, Raymond
L. Falls, Jr., Marshall H. Cox, Jr.,* and *Abraham P.
Ordover.*

*Acting Solicitor General Spritzer, Assistant Attorney
General Orrick, Lionel Kestenbaum, O. D. Ozment* and
*Robert L. Toomey* filed a memorandum for the Civil
Aeronautics Board, as *amicus curiae.*

PER CURIAM.

The writ of certiorari is dismissed as improvidently
granted.